INLAND EMPIRE DISTRICT COUNCIL, LUMBER AND SAWMILL WORKERS UNION, et al., Appellants, v. Thomas P. GRAHAM, Jr., Regional Director for the Nineteenth Regional District of National Labor Relations Board, Appellee.

No. 10640.

Circuit Court of Appeals, Ninth Circuit.

March 27, 1944.

Wettrick, Flood & O'Brien, George E. Flood, and C. P. Borberg, all of Seattle, Wash., for appellants.

Malcolm F. Halliday, Associate Gen. Counsel, NLRB, of Washington, D. C., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefore appearing, it is ordered that the appeal herein be dismissed, without cost to any party and that appellants' bond on appeal be, and hereby is, exonerated and the surety thereon discharged, that a decree of dismissal be filed and entered accordingly and the mandate of this court issued forthwith. 53 F.Supp. 369.

Harry H. KERR, Appellant, v. UNITED STATES of America, Appellee.

No. 10371.

Circuit Court of Appeals, Ninth Circuit.

March 6, 1944.

Sanders & Kahn, of San Diego, Cal., for appellant.

Charles H. Carr, U. S. Atty., and Daniel Dillon and Attilio di Girolamo, Attys., Dept. of Justice, all of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee to dismiss appeal herein and good cause therefor appearing, it is ordered that the motion to dismiss be and hereby is granted, that the appeal herein be dismissed, that a judgment be filed and entered accordingly and the mandate of this court issued as provided in Rule 28.

Albert KITZMILLER, Appellant, v. Dr. M. J. PESCOR, Warden, United States Medical Center, Springfield, Missouri.

No. 12845.

Circuit Court of Appeals, Eighth Circuit.

March 21, 1944.

Albert Kitzmiller, pro se.

PER CURIAM.

Application of appellant to file and prosecute appeal in forma pauperis denied.